# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARCHIE BRAMLETT RICE,  )| No. ED CV 14-1688-GHK (PLA) |
| Petitioner,  ) | **JUDGMENT** |
| v.  ) | |
| MARION SPEARMAN, Warden,  ) | |
| Respondent.  ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3/9/15

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE